Paul T. CANTOLINA, Appellant,

v.

MECHANIC'S CHOICE WARRANTY
CORPORATION, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 10, 2001.

Decided Sept. 25, 2002.

David Richard Thompson, for Paul T. Cantolina.

Richard A. Bell, Clearfield, for Mechanic's Choice Warranty Corp.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as improvidently granted.

Former Chief Justice FLAHERTY did not participate in the decision of this case.

Richard COSOM,

v.

Paul MARCOTTE, M.D. and
Danek Medical, Inc.,

**Petition of Paul Marcotte, M.D.**

Supreme Court of Pennsylvania.

Sept. 25, 2002.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of September 2002, the petition for allowance of appeal is GRANTED. The order of the Superior Court is VACATED and REMANDED to the Superior Court for reconsideration in light of *Southard v. Temple University Hospital,* 566 Pa. 335, 781 A.2d 101 (2001).

Jurisdiction relinquished.